**VACATE ORDER AND DISMISS and Opinion Filed April 17, 2023**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-01316-CV

**JOHN SEAY, Appellant**
**V.**
**DEL ROY FUNDS, LP, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-06072-E**

## MEMORANDUM OPINION

Before Justices Molberg, Carlyle, and Smith
Opinion by Justice Molberg

This is an appeal from an order in a forcible detainer lawsuit awarding possession of the subject property to appellee. Before the Court is appellee's motion to dismiss the appeal as moot. Appellee recites in the motion that a writ of possession was executed, and appellant is no longer in possession of the property.

The only issue in a forcible detainer suit is the right to immediate possession of the premises. *See Olley v. HVM, L.L.C.*, 449 S.W.3d 572, 575 (Tex. App.—Houston [14th Dist.] 2014, pet. denied). Unless an appellant has a potentially meritorious claim of right to current, actual possession, the issue of possession and

the case become moot when the appellant is no longer in possession of the premises. *See Marshall v. Hous. Auth. of City of San Antonio*, 198 S.W.3d 782, 787, 790 (Tex. 2006). When a case becomes moot on appeal, an appellate court must vacate the trial court's judgment and dismiss the case. *See City of Dallas v. Woodfield*, 305 S.W.3d 412, 416 (Tex. App.—Dallas 2010, no pet.).

More than ten days have passed since appellee filed its motion to dismiss and appellant has not filed a response. Because nothing in the record before us shows appellant has a potentially meritorious claim of right to current, actual possession of the property, we grant appellee's motion, vacate the trial court's December 2, 2022 order, and dismiss the case. *See* TEX. R. APP. P. 42.3(a); *Marshall*, 198 S.W.3d at 790.

/Ken Molberb/
KEN MOLBERG
JUSTICE

221316F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

JOHN SEAY, Appellant

No. 05-22-01316-CV      V.

DEL ROY FUNDS, LP, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-22-06072-E.
Opinion delivered by Justice Molberg. Justices Carlyle and Smith participating.

In accordance with this Court's opinion of this date, we **VACATE** the trial court's December 2, 2022 order and **DISMISS** the case.

We **ORDER** that appellee DEL ROY FUNDS, LP recover its costs of this appeal from appellant JOHN SEAY.

Judgment entered April 17, 2023